1   JAMES J. BROSNAHAN (CA SBN 34555)
    JBrosnahan@mofo.com
2   GEORGE C. HARRIS (CA SBN 111074)
    GHarris@mofo.com
3   CLAUDIA MARIA VETESI (CA SBN 233485)
    CVetesi@mofo.com
4   LUCIA X. ROIBAL (CA SBN 306721)
    LRoibal@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone: 415.268.7000
7   Facsimile: 415.268.7522

8   Attorneys for Defendant
    STEPHENS INSTITUTE, a California Corporation
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                   OAKLAND DIVISION

13

14  BENNETT GOLDBERG, et al.,              Case No.   4:16-cv-02613-JSW

15               Plaintiffs,               **STIPULATION AND
                                           [PROPOSED] ORDER TO
16        v.                               RESCHEDULE CASE
                                           MANAGEMENT CONFERENCE**
17  STEPHENS INSTITUTE,

18               Defendant.                Judge:       Hon. Jeffrey S. White
                                           Action Filed:   May 13, 2016
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE
Case No. 4:16-cv-02613-JSW

1    WHEREAS, under the Court's Order Setting Case Management Conference and

2    Requiring Joint Case Management Conference Statement, the Case Management Conference in

3    this action is currently scheduled for August 12, 2016;

4    WHEREAS, Defense lead counsel James J. Brosnahan is scheduled for oral surgery on

5    August 12, 2016, and will therefore be unavailable to attend the Case Management Conference on

6    August 12, 2016;

7    WHEREAS, Defense lead counsel George C. Harris is scheduled to teach in a Lex Mundi

8    Institute program in Monterey, California on August 12, 2016, and will therefore be unavailable

9    to attend the Case Management Conference on August 12, 2016;

10   WHEREAS, Plaintiffs are agreeable to rescheduling the Case Management Conference to

11   August 19, 2016;

12   The parties, by and through their counsel of record, HEREBY STIPULATE AND

13   REQUEST that the Case Management Conference, currently set for August 12, 2016, be

14   rescheduled to August 19, 2016, or such date thereafter as is available on the Court's calendar.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2   Dated: June 8, 2016                    JAMES J. BROSNAHAN
                                           GEORGE C. HARRIS
3                                          CLAUDIA MARIA VETESI
                                           LUCIA X. ROIBAL
4                                          MORRISON & FOERSTER LLP

5
                                    By:   _/s/ George C. Harris_____
6                                          GEORGE C. HARRIS

7                                          Attorneys for Defendant
                                           STEPHENS INSTITUTE, a California
8                                          Corporation

9
    Dated: June 8, 2016                    McGRANE PC
10                                         shierkatz RLLP

11

12                                  By:   _/s/ William McGrane_____
                                           WILLIAM McGRANE
13
                                           Attorneys for Plaintiffs
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 4:16-cv-02613-JSW

2

1

**ECF ATTESTATION**

2      I, George C. Harris, am the ECF User whose ID and Password are being used to file this

3 STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE.  In

4 compliance with Civil Local Rule 5-1(i)(3), I hereby attest that William McGrane has concurred

5 in this filing.

6

7 Dated: June 8, 2016                              MORRISON & FOERSTER LLP

8

9                                    By:    */s/ George C. Harris*

10                                           GEORGE C. HARRIS

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                          **[~~PROPOSED~~] ORDER**

3          **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS**

4    **THEREFORE ORDERED** that the Case Management Conference scheduled for August 12,
                                    at 11:00 a.m.
5    2016, is postponed to August 19, 2016, ~~or such date thereafter as is available on the Court's~~

6    ~~calendar.~~     The joint case management statement shall be due on or before August 12, 2016.

7

8    Dated: ___June 9_____, 2016        _____
                                              The Hon. Jeffrey S. White
9                                             United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   sf-3662007

28

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE
CASE NO. 4:16-cv-02613-JSW                                                    4