1  WILLIAM McGRANE [057761]
   McGRANE PC
2  Four Embarcadero Center, Suite 1400
3  San Francisco, CA 94111
   Telephone: (415) 292-4807
4  Email: william.mcgrane@mcgranepc.com

5
   MATTHEW J. SHIER [072638]
6  LINDA SORENSEN [072753]
   shierkatz RLLP
7  930 Montgomery Street, 6th Floor
   San Francisco, CA 94133
8  Telephone: (415) 691-7027
9  Email: mshier@shierkatz.com

10
   Attorneys for Bennett Goldberg and Linda Kuckuk, in their joint capacities as intestate
11 successors in interest to Aaryn Goldberg, individuals, on behalf of themselves and all others
   similarly situated
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15                            OAKLAND DIVISION

16 | BENNETT GOLDBERG, et al., | Case No. 4:16-cv-02613-JSW |
|---|---|
17 | Plaintiffs, | **PLAINTIFFS' SUBMISSION RE DEFENDANT'S MOTION TO DISMISS** |
18 | v. | |
19 | STEPHENS INSTITUTE, a California corporation, | Date: August 26, 2016<br>Time: 9:00 a.m.<br>Judge: Hon. Jeffrey S. White |
20 | | |
21 | Defendant. | |

1   Plaintiffs submit this document in recognition that a response to the defendant's
2   motion to dismiss (Dkt 21) is due today, July 25, 2016.
3   On July 19, 2016, the parties jointly submitted a Stipulation and [Proposed] Order
4   Continuing Hearing Date and Extending Time to Respond to Motion to Dismiss (Dkt 22),
5   which would have moved the date for our response to August 8, 2016. But the Court has
6   not acted on the stipulation yet.
7   Plaintiffs intend to file an amended complaint and, therefore, do not intend to file
8   a substantive response to the defendant's motion to dismiss. If the Court does not act on
9   the stipulation, the amended complaint will be due on August 1, 2016, if the Court
10  accepts the stipulation, the amended complaint will be due on August 8, 2016.

Dated: July 25, 2016

McGRANE PC
shierkatz RLLP


By: /s/ *William McGrane*
    William McGrane
Attorneys for Bennett Goldberg and Linda Kuckuk, in their joint capacities as intestate successors in interest to Aaryn Goldberg, individuals, on behalf of themselves and all others similarly situated