UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENNETT GOLDBERG, et al.,

    Plaintiffs,

v.

STEPHENS INSTITUTE,

    Defendant.

Case No. 16-cv-02613-JSW

**ORDER ON PARTIES' STIPULATION AND PLAINTIFFS' SUBMISSION RE MOTION TO DISMISS**

Re: Dkt. Nos. 21-23

The Court has received and considered the parties' stipulation to extend the deadlines for Plaintiffs to respond to Defendant's motion to dismiss. Plaintiffs have stated their intent to file an amended complaint. Pursuant to the parties' agreement, Plaintiffs shall file the amended complaint on or before August 8, 2016. Defendant shall answer or otherwise respond within the time required by the Federal Rules of Civil Procedure. The Court terminates Defendant's motion to dismiss as moot, and it VACATES the hearing set for August 26, 2016.

**IT IS SO ORDERED.**

Dated: July 28, 2016

_____
JEFFREY S. WHITE
United States District Judge